IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al., on behalf of*
*themselves and all others similarly situated,*

                Plaintiffs,

   v.                             Civil Action No. 3:19-cv-00789-MHL

TCV V, L.P., *et al*,

                Defendants.

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Darlene Gibbs, Stephanie Edwards, Lula Williams, Patrick Inscho, Lawrence Mwethuku, George Hengle, Tamara Price, Sherry Blackburn, Kimetra Brice, Earl Browne, Jill Novorot, Alicia Patterson, Sharon Burney, Regina Nolte, Ronald Ivey, Jessica Lewis, Lorene Nelson, Timothy Underwood, and Sharon Gorie, by counsel, on behalf of themselves and the Settlement Class Members, and pursuant to Fed. R. Civ. P. 23, move the Court for Final Approval of the Class Action Settlement for the reasons outlined in the contemporaneously-filed memorandum of law. The Parties will submit a proposed order prior to the Final Approval Hearing.

                                        Respectfully submitted,
                                        **PLAINTIFFS**

                                        By:   */s/ Kristi C. Kelly*
                                        Kristi C. Kelly, VSB #72791
                                        Andrew J. Guzzo, VSB #82170
                                        Casey S. Nash, VSB #84261
                                        KELLY GUZZO, PLC
                                        3925 Chain Bridge Road, Suite 202
                                        Fairfax, VA 22030
                                        (703) 424-7572
                                        (703) 591-0167 Facsimile
                                        Email: kkelly@kellyguzzo.com
                                        Email: aguzzo@kellyguzzo.com
                                        Email: casey@kellyguzzo.com

Leonard A. Bennett, VSB #37523
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Anna C. Haac (*pro hac vice*)
Tycko & Zavareei LLP
1828 L Street, NW, Suite 1000
Washington, DC. 20036
(202) 973-0900
(202) 973-0950 Facsimile
Email: ahaac@tzlegal.com

*Counsel for Plaintiffs*