IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al., on behalf of themselves
and all others similarly situated,*

        Plaintiffs,

v.                              Civil Action No. 3:19-cv-00789-MHL

TCV V, L.P., *et al*,

        Defendants.

### NOTICE OF FILING OF PROPOSED FINAL APPROVAL ORDER

The Plaintiffs, by counsel and with the consent of the Defendants, hereby file the attached Proposed Final Approval Order for the Court's consideration.

                                            Respectfully submitted,
                                            **PLAINTIFFS**

                                            By: */s/ Kristi C. Kelly*
                                                     Counsel

Kristi C. Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
Casey S. Nash, VSB No. 84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: 703-424-7572
Facsimile: 703-591-0167
E-mail: kkelly@kellyguzzo.com
E-mail: aguzzo@kellyguzzo.com
E-mail: casey@kellyguzzo.com
*Counsel for Plaintiffs*